**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| Pawn America Minnesota, LLC and Pawn America Wisconsin, LLC, | Court File No. 0:21-CV-01743-MJD-ECW |
| Plaintiffs, | |
| v. | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** |
| Affiliated FM Insurance Company, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 6(b), Defendant Affiliated FM Insurance Company ("AFM") respectfully requests that this Court extend the time for it to file an answer or otherwise respond to Plaintiffs Pawn America Minnesota, LLC and Pawn America Wisconsin, LLC's Complaint by 30 days, making the new deadline September 23, 2021. This is Defendant's first request for such an extension in this case.

As good cause for this extension, Defendant states as follows. This is a lawsuit which, according to the complaint, involves claimed losses at multiple locations in two different states. The purpose of this motion is to allow AFM sufficient time to communicate and coordinate with its counsel and to secure, review and analyze the necessary information and documentation to properly respond to Plaintiffs' Complaint.

Its undersigned counsel, who has recently been retained in this matter, has contacted Plaintiffs' counsel to request the additional 30 days to answer or otherwise respond to Plaintiff's Complaint. Plaintiffs' counsel has stated that they have no objection to an extension.

                                          Respectfully submitted,

Dated: August 20, 2021　　　　　　　　　　/s/ *Daniel W. Berglund*
　　　　　　　　　　　　　　　　　　　　Daniel W. Berglund (MN #0329010)
　　　　　　　　　　　　　　　　　　　　GROTEFELD HOFFMANN GORDON
　　　　　　　　　　　　　　　　　　　　OCHOA & EVINGER LLP
　　　　　　　　　　　　　　　　　　　　150 South Fifth Street, Suite 3650
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　　Telephone: (612) 564-4885
　　　　　　　　　　　　　　　　　　　　Fax: (612) 326-9996
　　　　　　　　　　　　　　　　　　　　dberglund@ghlaw-llp.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Affiliated FM Insurance Company*

#1599342