# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Pawn America Minnesota, LLC and<br>Pawn America Wisconsin, LLC, | Court File No. 0:21-CV-01743-MJD-ECW |
| Plaintiffs,<br>v. | **DEFENDANT'S CORPORATE<br>DISCLOSURE STATEMENT** |
| Affiliated FM Insurance Company, | |
| Defendant. | |

Defendant Affiliated FM Insurance Company makes the following disclosure pursuant to Fed. R. Civ. P. 7.1:

Affiliated FM is a wholly-owned subsidiary of FMIC Holdings, Inc., which is wholly owned by Factory Mutual Insurance Company. No person or entity owns more than 10% of Factory Mutual Insurance Company.

Other than by virtue of the disclosed ownership, FMIC Holdings, Inc. and Factory Mutual Insurance Company have no other connection or interest to disclose.

Respectfully submitted,

Dated: August 20, 2021

/s/ Daniel W. Berglund
Daniel W. Berglund (MN #0329010)
GROTEFELD HOFFMANN GORDON
OCHOA & EVINGER LLP
150 South Fifth Street, Suite 3650
Minneapolis, MN 55402
Telephone: (612) 564-4885
Fax: (612) 326-9996
dberglund@ghlaw-llp.com

*Attorneys for Defendant Affiliated FM
Insurance Company*

#1599338