UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Pawn America Minnesota, LLC and Pawn America Wisconsin, LLC, | Court File No. 0:21-CV-01743-MJD-ECW |
| Plaintiffs, | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| Affiliated FM Insurance Company, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs, Pawn America Minnesota, LLC and Pawn America Wisconsin, LLC, and Defendant, Affiliated FM Insurance Company (collectively the "Parties"), through their counsel of record, **HEREBY STIPULATE AND AGREE** to the dismissal of this action and all claims asserted herein with prejudice, with each party to bear its own costs and fees.

WHEREFORE, the Parties request that the Court enter a final order dismissing this action and all claims asserted herein with prejudice and with each party to bear its own costs and fees.

Dated:  November 9, 2021

Respectfully submitted,

Christina D. Arnone – KS #24522
*(admitted pro hac vice)*
**STINSON LLP**
1201 Walnut, Suite 2900
Kansas City, MO 64106
Telephone: (816) 691-2469
christina.arnone@stinson.com

*Attorneys for Plaintiffs*, *Pawn America Minnesota, LLC and Pawn America Wisconsin, LLC*

and

*/s/ Daniel W. Berglund*
Daniel W. Berglund (MN #0329010)
GROTEFELD HOFFMANN GORDON
OCHOA & EVINGER LLP
150 South Fifth Street, Suite 3650
Minneapolis, MN 55402
Telephone: (612) 564-4885
Fax: (612) 326-9996
dberglund@ghlaw-llp.com

*Attorneys for Defendant Affiliated FM Insurance Company*

#1624825