# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Pawn America Minnesota, LLC and<br>Pawn America Wisconsin, LLC,<br><br>                      Plaintiffs,<br>v.<br><br>Affiliated FM Insurance Company,<br><br>                      Defendant. | Court File No. 0:21-CV-01743-MJD-ECW<br><br>**[PROPOSED] FINAL ORDER OF<br>DISMISSAL WITH PREJUDICE** |

This case is before the Court on the parties' Stipulation for Voluntary Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) ("Stipulation") (Dkt 20). Having considered the Stipulation, **IT IS ORDERED THAT** this action and all claims asserted herein are hereby dismissed with prejudice, with each party to bear its own costs and fees.

ENTERED this _____ day of _____, 2021.

                                                        BY THE COURT

                                                        Michael J. Davis,
                                                        United States District Judge