# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Pawn America Minnesota, LLC and Pawn America Wisconsin, LLC, | Court File No. 0:21-CV-01743-MJD-ECW |
| Plaintiffs, | **FINAL ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| Affiliated FM Insurance Company, | |
| Defendant. | |

This case is before the Court on the parties' Stipulation for Voluntary Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) ("Stipulation") (Dkt 20). Having considered the Stipulation, **IT IS ORDERED THAT** this action and all claims asserted herein are hereby dismissed with prejudice, with each party to bear its own costs and fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

ENTERED this 12th day of November, 2021.

BY THE COURT

s/Michael J. Davis
Michael J. Davis,
United States District Court